UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF TEXAS
AUSTIN DIVISION

| | | |
|---|---|---|
| IDRIS ROBINSON | § | |
| | § | |
| vs. | § | NO:  AU:26-CV-00705-ADA |
| | § | |
| KELLY DAMPHOUSSE et al. | § | |

## O R D ER

 **BE IT REMEMBERED** on  this  the  27th day of March, 2026, there was presented to the Court the Motion for Admission *Pro Hac Vice* filed by Samantha K. Harris, counsel for  Idris Robinson and the Court, having reviewed the motion, enters the following order:

 **IT IS ORDERED** that the Motion for Admission *Pro Hac Vice* is GRANTED, and Samantha K. Harris may appear on behalf of Idris Robinson in the above case.

 **IT IS FURTHER ORDERED** that Applicant, if Applicant has not already done so, shall, in compliance with Local Court Rule AT-1(f)(2), immediately tender the amount of $100.00, made payable to:   Clerk, U.S. District Court.

 **IT IS FURTHER ORDERED** that Applicant, pursuant to the Administrative Policies and Procedures for Electronic Filing in Civil and Criminal cases in the Western District of Texas, shall register as a filing user within 10 days of the date of this Order.

 **IT IS FINALLY ORDERED** that Applicant's *Pro Hac Vice* status shall not become effective until Applicant has complied with all provisions of this Order.

 **IT IS SO ORDERED** this 27th day of March, 2026.

_____
ALAN D ALBRIGHT
UNITED STATES DISTRICT JUDGE