# UNITED STATES DISTRICT COURT
## WESTERN DISTRICT OF TEXAS
## AUSTIN DIVISION

| | | |
|---|---|---|
| IDRIS ROBINSON | § | |
| | § | CIVIL NO: |
| vs. | § | AU:26-CV-00705-ADA |
| | § | |
| KELLY DAMPHOUSSE, et al. | § | |

## ORDER SETTING PRELIMINARY INJUNCTION HEARING VIA ZOOM

IT IS HEREBY ORDERED that the above entitled and numbered case is set for **PRELIMINARY INJUNCTION HEARING VIA ZOOM,** on **Thursday, May 14, 2026 at 09:30 AM**.

IT IS SO ORDERED this 21st day of April, 2026.

_____
ALAN D ALBRIGHT
UNITED STATES DISTRICT JUDGE