**UNITED STATES DISTRICT COURT**
**WESTERN DISTRICT OF TEXAS**
**AUSTIN DIVISION**

| | | |
|---|---|---|
| IDRIS ROBINSON,<br>　　Plaintiff,<br><br>v.<br><br>KELLY DAMPHOUSSE, PRANESH<br>ASWATH, VEDARAMAN SRIRAMAN,<br>and THILLAINATARAJAN<br>SIVAKUMARAN, in their individual and<br>official capacities as state actors and<br>officers of TEXAS STATE UNIVERSITY,<br>and STEVEN LEE, DIONICIO FLORES,<br>CHARLIE AMATO, DUKE AUSTIN,<br>SHEILA FASKE, RUSSELL GORDY,<br>TOM LONG, WILLIAM SCOTT, ALAN<br>TINSLEY, DONOVAN BROWN, in their<br>official capacities as REGENTS of the<br>TEXAS STATE UNIVERSITY SYSTEM<br>　　Defendants. | §<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§ | CIVIL ACTION NO. 1:26-CV-705 |

## DEFENDANTS' UNOPPOSED MOTION FOR EXTENSION OF TIME TO FILE RESPONSIVE PLEADING

Defendants, Kelly Damphousse ("Damphousse"), Pranesh Aswath ("Aswath"), Vedaraman Sriraman ("Sriraman"), and Thillainatarajan Sivakumaran ("Sivakumaran"), in their individual and official capacities as state  actors and officers of Texas State University ("Texas State")(collectively, the "University Defendants"); and Steven Lee, Dionicio Flores, Charlie Amato, Duke Austin, Sheila Faske, Russel Gordy, Tom Long, William Scott, Alan Tinsley, and Donovan Brown, in their official capacities as Regents of the Texas State University System (collectively, the "Regents")(collectively, "Defendants") by and through the undersigned Assistant Attorney General, files this Unopposed Motion for Extension of Time to file Responsive Pleading to Plaintiff's Complaint. Defendants request a thirty-day extension of the deadline to file a

responsive pleading to Plaintiff's Complaint [Dkt. 1] up to and including July 1, 2026. In support of this request, Defendant states the following:

1.      Plaintiff filed his Complaint [Dkt. 1] March 24, 2026.

2.       Defendants waived service of process on March 31, 2026. Pursuant to Federal Rules of Civil Procedure 4(d), Defendant's deadline to file their response is June 1, 2026.

3.      The undersigned Assistant Attorney General seeks a thirty-day extension to file Defendants' responsive pleading in this case.

4.      Federal Rule of Civil Procedure 6(b)(1)(A) provides that the Court may extend filing deadlines at its discretion.

5.      The undersigned seeks this extension of time for good cause shown and in the interest of justice, and not to cause unnecessary delay.  No party will be prejudiced if the extension sought herein is granted.

6.      Good cause exists because counsel for Defendants has numerous other competing court deadlines and proceedings which have demanded her time and attention, falling on or close to the existing June 1, 2026, briefing deadline, including: evidentiary hearing on a dispositive motion, numerous dispositive motions, and an appellate brief in the Fifth Circuit.

7.      Additionally, in light of the Court's entry of the preliminary injunction, Defendants are evaluating their options with respect to post-judgment relief, including a motion to alter or amend judgment and/ or an appeal, and the deadlines to pursue such relief have not yet expired. Accordingly, proceeding with responsive pleading deadlines in the interim would be inefficient and potentially wasteful of party and judicial resources.

8.      Plaintiff's counsel has been contacted regarding the substance of this motion and has confirmed that she does not oppose the extension.

9.    This is Defendants' first extension request on this responsive pleading.

10.    For the reasons stated above, Defendants request this Court extend the deadline for a responsive pleading to Plaintiff's Complaint to July 1, 2026.

Respectfully submitted,

**KEN PAXTON**
Attorney General

**BRENT WEBSTER**
First Assistant Attorney General

**RALPH MOLINA**
Deputy First Assistant Attorney General

**AUSTIN KINGHORN**
Deputy Attorney General for Civil Litigation

**KIMBERLY GDULA**
Chief, General Litigation Division


*/s/ Brianna M. Krominga*
**BRIANNA M. KROMINGA**
Assistant Attorney General
Texas Bar No. 24103252
Assistant Attorneys General
General Litigation Division
P.O. Box 12548, Capitol Station
Austin, Texas 78711-2548
(737) 230-5914 / Fax (512) 320-0667
Brianna.Krominga@oag.texas.gov

**COUNSEL FOR DEFENDANT**

## CERTIFICATE OF CONFERENCE

I hereby certify that on May 28, 2026, I conferred with counsel for Plaintiff regarding the substance of this motion. Ms. Harris promptly responded indicating that she is unopposed.

*/s/ Brianna M. Krominga*
**BRIANNA M. KROMINGA**
Assistant Attorney General

## CERTIFICATE OF SERVICE

I hereby certify that on May 28, 2026, a true and correct copy of this document was served via the court's electronic filing system to all counsel of record.

*/s/ Brianna M. Krominga*
**BRIANNA M. KROMINGA**
Assistant Attorney General