**UNITED STATES DISTRICT COURT**
**WESTERN DISTRICT OF TEXAS**
**AUSTIN DIVISION**

| | | |
|---|---|---|
| IDRIS ROBINSON, | § | |
|     Plaintiff, | § | |
| | § | |
| v. | § | |
| | § | |
| KELLY DAMPHOUSSE, PRANESH | § | |
| ASWATH, VEDARAMAN SRIRAMAN, | § | |
| and THILLAINATARAJAN | § | |
| SIVAKUMARAN, in their individual and | § | |
| official capacities as state actors and | § | CIVIL ACTION NO. 1:26-CV-705 |
| officers of TEXAS STATE UNIVERSITY, | § | |
| and STEVEN LEE, DIONICIO FLORES, | § | |
| CHARLIE AMATO, DUKE AUSTIN, | § | |
| SHEILA FASKE, RUSSELL GORDY, | § | |
| TOM LONG, WILLIAM SCOTT, ALAN | § | |
| TINSLEY, DONOVAN BROWN, in their | § | |
| official capacities as REGENTS of the | § | |
| TEXAS STATE UNIVERSITY SYSTEM | § | |
|     Defendants. | | |

---

**ORDER GRANTING DEFENDANTS' UNOPPOSED MOTION FOR EXTENSION OF TIME TO FILE RESPONSIVE PLEADING TO PLAINTIFF'S COMPLAINT**

---

Before the Court is Defendants' Unopposed Motion for Extension of Time to File Responsive Pleading to Plaintiff's Complaint. Upon due consideration of the motion, the Court finds said motion meritorious.

IT IS HEREBY ORDERED that Defendants' Unopposed Motion for Extension of Time is GRANTED.

IT IS FURTHER ORDERED that Defendants' deadline to file a responsive pleading to Plaintiff's Complaint is July 1, 2026.

_____
ALAN D. ALBRIGHT
UNITED STATES DISTRICT JUDGE