**UNITED STATES DISTRICT COURT**
**WESTERN DISTRICT OF TEXAS**
**AUSTIN DIVISION**

| | |
|---|---|
| IDRIS ROBINSON, §<br>    Plaintiff, §<br> §<br>v. §<br> §<br> §<br>KELLY DAMPHOUSSE, PRANESH §<br>ASWATH, VEDARAMAN SRIRAMAN, §<br>and THILLAINATARAJAN §<br>SIVAKUMARAN, in their individual and §<br>official capacities as state actors and officers §<br>of TEXAS STATE UNIVERSITY, and §<br>STEVEN LEE, DIONICIO FLORES, §<br>CHARLIE AMATO, DUKE AUSTIN, §<br>SHEILA FASKE, RUSSELL GORDY, §<br>TOM LONG, WILLIAM SCOTT, ALAN §<br>TINSLEY, DONOVAN BROWN, in their §<br>official capacities as REGENTS of the §<br>TEXAS STATE UNIVERSITY SYSTEM §<br>    Defendants. | CIVIL ACTION NO. 1:26-CV-705 |

_____

**DEFENDANTS' UNOPPOSED MOTION TO WITHDRAW AS COUNSEL**

_____

TO THE HONORABLE JUDGE ALAN ALBRIGHT

Assistant Attorney General, Brianna M. Krominga, files this *Unopposed Motion to Withdraw as Counsel*, and respectfully requests the Court withdraw Assistant Attorney General Brianna M. Krominga as counsel for Defendants, Kelly Damphousse, Pranesh Aswath, Vedaraman Sriraman, and Thillainatarajan Sivakumaran, in their individual and official capacities as state actors and officers of Texas State University, and Steven Lee, Dionicio Flores, Charlie Amato, Duke Austin, Sheila Faske, Russell Gordy, Tom Long, William Scott, Alan Tinsley, and Donovan Brown, in their official capacities as Regents of the Texas State University System (collectively, "Defendants") and in support thereof, would respectfully show unto the Court as follows:

1

1.      Defendants are represented by the General Litigation Division of the Office of the Attorney General of Texas. Assistant Attorney General Brianna M. Krominga is currently assigned to this case.

2.      It has been determined that it is in the best interest of Defendants to be represented by independent, outside counsel in this matter.

3.      Defendants ask this Court to note the withdrawal of Brianna M. Krominga and the Office of Attorney General as counsel for Defendants from any future proceedings in this case.

4.      Defendants have retained Darren Gibson, Michael Best & Friedrich, LLP, 515 Congress Avenue, Suite 2500, Austin, Texas 78701, (512)320-0601 to represent their interests in this matter. Mr. Gibson appeared as counsel in this matter on July 7, 2026, in the filing of Defendants' Answer and Affirmative and Other Defenses to Plaintiff's Original Complaint. Dkt. 22.

5.      This motion is unopposed.

For the foregoing reasons, Defendants respectfully request the Court grant this motion thereby withdrawing AAG Brianna M. Krominga as counsel of record for Defendants.

Respectfully submitted,

**KEN PAXTON**
Attorney General

**BRENT WEBSTER**
First Assistant Attorney General

**RALPH MOLINA**
Deputy First Assistant Attorney General

**AUSTIN KINGHORN**
Deputy Attorney General for Civil Litigation

**KIMBERLY GDULA**
Chief, General Litigation Division


*/S/ Brianna M. Krominga*
**BRIANNA M. KROMINGA**
Assistant Attorney General
Texas Bar No. 24103252
Assistant Attorneys General
General Litigation Division
P.O. Box 12548, Capitol Station
Austin, Texas 78711-2548
(737) 230-5914 / Fax (512) 320-0667
Brianna.Krominga@oag.texas.gov

**COUNSEL FOR DEFENDANT**

## CERTIFICATE OF CONFERENCE

I hereby certify that on July 23, 2026, I conferred with Ms. Samantha Harris, counsel for Plaintiff, and Mr. Darren Gibson, counsel for Defendants, regarding the substance of this motion. Both indicated they are unopposed.

*/s/ Brianna M. Krominga*
**BRIANNA M. KROMINGA**
Assistant Attorney General

## CERTIFICATE OF SERVICE

I hereby certify that on July 24, 2026, a true and correct copy of this document was served via the court's electronic filing system to all counsel of record.

*/s/ Brianna M. Krominga*
**BRIANNA M. KROMINGA**
Assistant Attorney General