**APPENDIX B**

**UNITED STATES DISTRICT COURT**
**WESTERN DISTRICT OF TEXAS**
**Austin DIVISION**

| | | |
|---|---|---|
| Idris Robinson, | § | |
| Plaintiff, | § | |
| | § | |
| | § | **NO.** 1:26-cv-705 |
| | § | |
| Kelly Damphousse, et al., | § | |
| Defendant. | § | |

**SCHEDULING ORDER**

Pursuant to Rule 16, Federal Rules of Civil Procedure, the Court issues the following Scheduling Order:

1. The parties shall complete ADR in compliance with Rule CV-88 by June 30, 2027. A motion objecting to ADR must be filed not later than 60 days before that deadline.

2. The parties asserting claims for relief shall submit a written offer of settlement to opposing parties by 4/30/2027, and each opposing party shall respond, in writing, by 5/15/2027.

3. The parties shall file all motions to amend or supplement pleadings or to join additional parties by Nov. 30, 2026

4. All parties asserting claims for relief shall file their designation of testifying experts and shall serve on all parties, but not file, the materials required by Federal Rule of Civil Procedure 26(a)(2)(B) by 2/28/2027. Parties resisting claims for relief shall file their designation of testifying experts and shall serve on all parties, but not file, the materials required by Federal Rule of Civil Procedure 26(a)(2)(B) by 3/30/2027. All designations of rebuttal experts shall be filed within 14 days of receipt of the report of the opposing expert.

5. An objection to the reliability of an expert's proposed testimony under Federal Rule of Evidence 702 shall be made by motion, specifically stating the basis for the objection and identifying the objectionable testimony, not later than 45 days of receipt of the written report of the expert's proposed testimony, or not later than 45 days of the expert's deposition, if a deposition is taken, whichever is later.

6. The parties shall complete all discovery on or before 4/30/2027. Counsel may by agreement continue discovery beyond the deadline, but there will be no intervention by the Court except in extraordinary circumstances, and no trial setting will be vacated because of information obtained in post-deadline discovery.

7. All dispositive motions shall be filed not later than June 30, 2027.

8. This case is set for trial [docket call, or jury selection] on ________ at _.m. The parties should consult Rule CV-16 regarding matters to be filed in advance of trial.

**SIGNED** this _____ day of _________________.

_______________________________________
**UNITED STATES DISTRICT JUDGE**